UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN WAYNE FELDMANN,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:14-cv-00843-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ADOPTS** the Report & Recommendation (#2);

THE COURT **ORDERS** that this matter is DISMISSED with prejudice;

THE COURT FURTHER **ORDERS** that Plaintiff's Motion (#5) is DENIED as moot.

DATED this 15 day of December, 2015.

Lloyd D. George
United States District Judge